UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV20-01384 JAK (SPx) | Date | February 17, 2021 |
| Title | Raul Martinez v. Hub Group Trucking, Inc., et al. | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER CONSOLIDATING CASES   JS-6

Based on a review of the Joint Status Conference Regarding Related Cases, Dkt. 40, as well as the reasons stated at the February 8, 2021 hearing (Dkt. 43), it is determined that this action shall be consolidated with *Albert Johnson v. Estension Logistics*, ED CV20-00118. The Clerk is directed to close the docket in this action. All further filings in the consolidated action shall be filed on the docket in the *Johnson* action.

**IT IS SO ORDERED.**

                                                                                                                 :

Initials of Preparer   TJ